UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRANDON D. MURRAY, et al.           )
                                    )
       Plaintiff,                   )     CV-N-2:11-cv-22-ECR-GWF
                                    )
vs.                                 )
                                    )     ORDER OF DISMISSAL WITHOUT
OCWEN LOAN SERVICING LLC, et al.    )     PREJUDICE PURSUANT TO RULE 4(m)
                                    )     FEDERAL RULES OF CIVIL
                                    )     PROCEDURE
       Defendants.                  )
                                    )

       Counsel for BRANDON D. MURRAY, et al., having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

   **IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is dismissed without prejudice as to:  **Defendants, Taylor Bean & Whitaker Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.**

DATED this 23rd day of August 2011.

*(signed)* Edward C. Reed.

                              EDWARD C. REED, JR.
                              UNITED STATES DISTRICT JUDGE